DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLIMAX AM LLC,**
Appellant,

v.

**AMERICAN EXPRESS COMPANY,**
Appellee.

No. 4D22-1885

[August 10, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. 18-29773 CACE 09.

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale, for appellant.

Ashley P. Hayes of Shook, Hardy & Bacon L.L.P., Tampa, and Geri E. Howell of Shook, Hardy & Bacon L.L.P., Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***